UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IVAN T. VARNER,

    Plaintiff                                   Civil Action No. 04-73368

v.

                                              HON. R. STEVEN WHALEN
COMMISSIONER OF SOCIAL          U.S. Magistrate Judge
SECURITY,

    Defendant.

_____/

## JUDGMENT

This matter came before the Court on Plaintiff and Defendant's Cross Motions for Summary Judgment. The Court GRANTED Defendant's Motion and DENIED Plaintiff's Motion in a Memorandum Opinion and Order entered on September 12, 2005.

Judgment is awarded in Defendant's favor. Plaintiff's Complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 12, 2005.

S/G. Wilson
Judicial Assistant